1
2
3
4                          UNITED STATES DISTRICT COURT
5                        NORTHERN DISTRICT OF CALIFORNIA
6
7    SARAH RAMPERSAD, et al.,
                                              Case No.  22-cv-07398-DMR
8                Plaintiffs,
9         v.                                  **ORDER TO SHOW CAUSE**
10   NOVOCURE,
11               Defendant.
12
13        On November 13, 2024, Plaintiff-Relator Sarah Rampersad filed a notice of voluntary

14   dismissal of this case in which she noted that "the United States consents so long as the dismissal

15   is without prejudice to the United States, and that the United States will file a separate consent

16   notice following the filling of this notice of voluntary dismissal."  [Docket No. 29.]  No consent

17   was filed.  On November 20, 2024, the court ordered the government to file a response to the

18   notice of voluntary dismissal by November 22, 2024.  [Docket No. 30.]  No such response was

19   filed.  Accordingly, **by no later than December 6, 2024**, the government shall show cause for its

20   failure to comply with the November 20, 2024 Order, and shall simultaneously file a response to

21   Plaintiff-Relator's notice of voluntary dismissal.

22
23        **IT IS SO ORDERED.**
24   Dated: December 4, 2024
25
26                                                    Donna M. Ryu
                                                Chief Magistrate Judge
27
28

