# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *ex rel.* **SARAH RAMPERSAD**<br><br>*Plaintiff*,<br><br>vs.<br><br>**NOVOCURE**<br><br>*Defendant*. | Case No. 22-CV-07398-DMR<br><br>ORDER DISMISSING CASE |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; [PROPOSED ORDER]
22-CV-07298-DMR

1

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED THAT:

1. Relator's notice of voluntary dismissal without prejudice is granted; and

2. The claims in the Second Amended Complaint are dismissed without prejudice.

3. **The 12/4/2024 Order to Show Cause is discharged.**

**IT IS SO ORDERED.**

DATED: Dec. 5, 2024

HON. DONNA M. RYU
Chief Magistrate Judge

